■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX AYENDE, Appellant. [46 NYS3d 922]—Appeals by the defendant from two resentences of the County Court, Dutchess County (Greller, J.), both imposed December 10, 2015, upon his convictions of criminal contempt in the first degree (two counts) under Indictment No. 67/12, and robbery in the first degree under Indictment No. 135/12, upon his pleas of guilty.

Ordered that the resentences are affirmed.

Under the circumstances of this case, including the seriousness of the crimes, the County Court providently exercised its discretion in denying the defendant youthful offender treatment (see CPL 720.20 [1]; People v Bae, 137 AD3d 804 [2016]; People v Almonte, 122 AD3d 870 [2014]). In addition, the resentences imposed were not excessive (see People v Suitte, 90 AD2d 80 [1982]). Dillon, J.P., Chambers, Sgroi, Maltese and Barros, JJ., concur.